

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00722-CV

Jessica **RIVERA**, et al.,
Appellants

v.

**BALCONES LOFTS, LTD**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV07525
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED June 11, 2025.


_____
H. Todd McCray, Justice